UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

       -vs-　　　　　　　　　　　　　　　　Case No.: 1:21-MJ-00511-DJS

Christopher Pence,

       Defendant.

## NOTICE OF APPEARANCE

I am admitted to practice in this court, and I hereby appear in the above-entitled case as Attorney of Record for the defendant Christopher Pence.

I will appear as lead counsel for the defendant.

I certify that I have either completed six credit hours in federal criminal defense continuing education within the past two years or, if not, that I will do so within 30 days from filing this notice of appearance.

I further certify that I am registered for Electronic Case Filing and am familiar with General Order #22.

Dated: November 5, 2021

                                                Eric K. Schillinger
                                                Bar Roll No.: 516083
                                                Attorney for Christopher Pence
                                                90 State Street, Suite 700
                                                Albany, New York 12207
                                                (518) 595-9529
                                                eric@schillinger-law.com