Query    Reports    Utilities    Help    What's New    Log Out

CLOSED,FPD,PURG

# US District Court Electronic Case Filing System
## District of Utah (Southern Region)
### CRIMINAL DOCKET FOR CASE #: 4:21-mj-00075-PK-1

| | |
|---|---|
| Case title: USA v. Pence | Date Filed: 10/27/2021 |

Assigned to: Magistrate Judge Paul Kohler

**Defendant (1)**

| | | |
|---|---|---|
| Christopher Pence | represented by | **Robert K. Hunt**<br>FEDERAL PUBLIC DEFENDER<br>DISTRICT OF UTAH<br>46 W BROADWAY STE 110<br>SALT LAKE CITY, UT 84101<br>(801)524-4010<br>Email: robert_hunt@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1958-7471.F Use of Interstate Commerce Facilities in the Commission of Murder-For-Hire | |

**Notice Party**

| | | |
|---|---|---|
| Pretrial Noticing | represented by | Pretrial Noticing |

Email: utpml_Pretrialnoticing@utp.uscourts.gov
PRO SE

**Plaintiff**

USA                          represented by   **Stephen Patrick Dent**
US ATTORNEY'S OFFICE
20 N MAIN ST STE 208
ST GEORGE, UT 84770
435-680-4421
Email: stephen.dent@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/27/2021 | 1 | Arrest (Rule 5) of Christopher Pence Warrant out of the USDC Northern District of New York. Assigned to Magistrate Judge Paul Kohler (jlh) (Entered: 10/27/2021) |
| 10/27/2021 | 2 | ORDER SETTING HEARING as to Christopher Pence Initial Appearance - Rule 5 set for 10/28/2021 at 09:00 AM in Room 2B (St George) before Magistrate Judge Paul Kohler. Signed by Magistrate Judge Paul Kohler on 10/27/2021.(jlh) (Entered: 10/27/2021) |
| 10/27/2021 | 3 | ORDER SETTING HEARING as to Christopher Pence Initial Appearance - Rule 5 set for 11/1/2021 at 10:00 AM in Room 2B (St George) before Magistrate Judge Paul Kohler. (hearing changed from 10/28 to 11/1 due to jail location) Signed by Magistrate Judge Paul Kohler on 10/27/2021.(jlh) (Entered: 10/27/2021) |
| 10/28/2021 | 4 | ORDER SETTING HEARING as to Christopher Pence Initial Appearance - Rule 5 set for 10/29/2021 at 09:00 AM in Room 2B (St George) before Magistrate Judge Paul Kohler. Signed by Magistrate Judge Paul Kohler on 10/28/2021.(jlh) (Entered: 10/28/2021) |
| 10/29/2021 | 5 | Minute Entry for proceedings held before Magistrate Judge Paul Kohler: Initial Appearance in Rule 5/5.1 Proceedings as to Christopher Pence held on 10/29/2021. Defendant present with counsel and in custody. Defendant waives right to personal appearance for purposes of this hearing. Defendant requests counsel. Financial Affidavit to be submitted. Court appoints FPD counsel, Robb Hunt. Defendant is advised of rights. Defendant waives identity hearing. Defendant acknowledges identity on the record. Government is seeking detention in this matter. Detention hearing set. The Court orders defendant detained in USMS custody pending further order.<br><br>Detention Hearing set for 11/1/2021 at 10:00 AM in Room 2B (St George) before Magistrate Judge Paul Kohler.<br><br>Attorney for Plaintiff: Stephen Dent, Attorney for Defendant: Robb Hunt, FPD. Interpreter: Not Needed. Probation Officer: Devin Dalton. Court Reporter: Electronic. (Time Start: 8:58, Time End: 9:05, Room 2B St. George.) (jlh) (Entered: 10/29/2021) |
| 10/29/2021 | 6 | DOCKET TEXT ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Christopher Pence No attached document.<br><br>Representation shall continue for any post-sentencing activities initiated by the US |

| | | |
|---|---|---|
| | | Probation Office. Signed by Magistrate Judge Paul Kohler on 10/29/2021.(jlh) (Entered: 10/29/2021) |
| 10/29/2021 | 7 | ORDER OF TEMPORARY DETENTION as to Christopher Pence Signed by Magistrate Judge Paul Kohler on 10/29/2021.(jlh) (Entered: 10/29/2021) |
| 11/01/2021 | 8 | **SEALED DOCUMENT** PRETRIAL SERVICES REPORT as to Christopher Pence (rmd) (Entered: 11/01/2021) |
| 11/01/2021 | 9 | Minute Entry for proceedings held before Magistrate Judge Paul Kohler: Status Conference as to Christopher Pence held on 11/1/2021. Defendant present with counsel and in custody. After consulting with counsel and being advised of rights, defendant waives personal appearance for this hearing. Counsel for defendant request continuance. Government does not object. Court grants motion.<br><br>Detention Hearing set for 11/3/2021 at 11:00 AM in Room 2B (St George) before Magistrate Judge Paul Kohler.<br><br>Attorney for Plaintiff: Stephen Dent, Attorney for Defendant: Paul Riddle, FPD. Interpreter: Not Needed. Probation Officer: Devin Dalton. Court Reporter: Electronic. (Time Start: 10:03, Time End: 10:08, Room 2B St. George.) (jlh) (Entered: 11/01/2021) |
| 11/03/2021 | 10 | Minute Entry for proceedings held before Magistrate Judge Paul Kohler: Status Conference as to Christopher Pence held on 11/3/2021. Government is seeking detention. The defendant reserves his right to a detention hearing in the District of Offense. The court orders the defendant detained and remanded to the USMS custody for transportation to the charging district.<br><br>Attorney for Plaintiff: Stephen Dent, Attorney for Defendant: Robb Hunt, CJA. Interpreter: Not Needed. Probation Officer: Devin Dalton. Court Reporter: Electronic. (Time Start: 10:57, Time End: 11:08, Room 2B St. George.) (jlh) (Entered: 11/04/2021) |
| 11/04/2021 | 11 | WAIVER of Rule 5(c)(3) Hearing by Christopher Pence (jlh) (Entered: 11/04/2021) |
| 11/04/2021 | 12 | COMMITMENT TO ANOTHER DISTRICT as to Christopher Pence. Defendant committed to District of Northern District of New York. Signed by Magistrate Judge Paul Kohler on 11/3/2021.(jlh) (Entered: 11/04/2021) |
| 11/04/2021 | 13 | NOTICE OF TRANSMITTAL that case 4:21-mj-00075 has been transferred to Northern District of New York per order entered 11/3/2021. Docket sheet and documents attached. Your case number 1:21-mj-511-DJS. (If you require certified copies of any documents, please send a request to utdecf_clerk@utd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) sent. (jlh) (Entered: 11/04/2021) |
| 11/08/2021 | | Notice of Appearance. U.S. Probation and Pretrial Services hereby advises the Court that Pretrial Noticing should be added to this case as to Christopher Pence (kk) (Entered: 11/08/2021) |

FILED
2021 NOV 4 AM 11:05
CLERK
U.S. DISTRICT COURT

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the

___ District of Utah ___

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 4:21-mj-00075-PK |
| | ) | |
| Christopher Pence | ) | Charging District's Case No. 1:21-mj-511-DJS |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Northern District of New York

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☑ a preliminary hearing.

☑ a detention hearing.

☑ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☑ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 11/3/2021

*Paul D. Riddle* for *Christopher Pence*
*Defendant's signature*

*Paul D. Riddle*
*Signature of defendant's attorney*

Paul D. Riddle
*Printed name of defendant's attorney*

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
District of Utah

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

NOV 03 2021

BY D. MARK JONES, CLERK
_____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  4:21-mj-00075 PK |
| | ) | |
| Christopher Pence | ) | Charging District's |
| *Defendant* | ) | Case No.  1:21-mj-511-DJS |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ____Northern____ District of ____New York____,
*(if applicable)* _____ division. The defendant may need an interpreter for this language:

_____ .

The defendant:  ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States Marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:  11/3/2021

_____
*Judge's signature*

Magistrate Judge Paul Kohler
*Printed name and title*