UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NOTICE OF MOTION TO SUPPRESS STATEMENTS AND EVIDENCE |
| | ) | |
| v. | ) | |
| | ) | Docket No.1:21-CR-393 (TJM) |
| Christopher Pence | ) | |
| Defendant. | ) | |

| | |
|---|---|
| Motion by: | Defendant, Christopher Pence |
| Supporting Papers: | Memorandum of Law in Support of Omnibus Motion |
| | Attorney Affirmation in Support of Omnibus Motion |
| | Affidavit of Defendant in Support of Omnibus Motion |
| Nature of Action: | Motion to: suppress all statements, evidence, and all other fruits obtained by the illegal October 27, 2021 custodial interrogation of Christopher Pence as that evidence and fruits, are the product of involuntary statements made in direct violation of *Miranda v. Arizona*, 384 U.S. 436 (1966), *Missouri v. Seibert*, and their progeny. |
| Relief Demanded: | Order Suppressing Statements, Evidence, and all other Fruits thereof. |
| Local Rule 12.1(c) | Time excluded pursuant to 18 U.S.C. Section 3161(h)(7)(A) and (h)(B)(iv) through January 26, 2023. |

Dated: December 20, 2022                                  SCHILLINGER & ASSOICATES, PLLC

By: _____
Eric K. Schillinger
Bar Roll No. 516083
*Attorney for Defendant Christopher Pence*
11 North Pearl Street, Suite 1700
Albany, New York 12207
Telephone: (518) 518-595-9529
eric@schillinger-law.com

To:   United States District Court
      U.S. District Court Judge
      Honorable Thomas J. McAvoy
      445 Broadway
      Albany, New York 12207

      United States Attorney's Office
      Northern District of New York
      Carla B. Freedman, Esq.
      United States Attorney
      445 Broadway
      Albany, New York 12207

## Certificate of Service

On December 20, 2022, I filed, using the NDNY CM/ECF case filing system the attached Notice of Motion, Memorandum of Law, Affidavit of Defendant, Exhibits, and Attorney Affirmation of Eric K. Schillinger, with the Court and delivered via CM/ECF same to the United States Attorney's Office, Carla B. Freedman, Esq., United State's Attorney for the Northern District of New York.

_____
Eric K. Schillinger
Bar Roll No. 516083
11 North Pearl Street, Suite 1700
Albany, New York 12207
Telephone: (518) 518-595-9529
eric@schillinger-law.com