FD-302 (Rev. 5-8-10)

## FEDERAL BUREAU OF INVESTIGATION

Date of entry     11/01/2021

A search warrant, issued in the United States District Court for the District of Utah on 10/25/2021, was executed without incident at 2929 South 6500 West, Cedar City, Utah 84720 at approximately 7:00 a.m. on 10/27/2021 and completed at 12:25 p.m. on 10/27/2021.

**Participants**

The following individuals were present in various capacities for the execution of the search warrant:

1. Brian DeCarr, Federal Bureau of Investigation (FBI)
2. Patrick Lydon, FBI
3. Eric Lerohl, FBI
4. Chris Andersen, FBI
5. Jon McPherson, FBI
6. Jule Albretsen, FBI
7. Kevin Mortensen, FBI
8. Stacey Evans, FBI
9. Ben Barron, FBI
10. Ashley Miller, FBI
11. Amy Graham, FBI
12. Elia Guzman, FBI
13. Jarret Dougls, Homeland Security Initiative (HSI)
14. Jed Hirschi, HSI
15. Robert Todd, HSI
16. Shaun Helt, HSI
17. Jason Whipple, Washington County Sheriff's Office (WCSO) Task Force Officer (TFO)
18. Ben Korver, United States Marshals Service (USMS)
19. Pete Thompson, USMS
20. Nate Houchen, Iron County Sheriff's Office (ICSO)
21. Tom Byrd, ICSO

**Items Seized and Documented in the Evidence Recovery Log**

During the search, items of interest were recorded on the Evidence

---

Investigation on   10/27/2021   at   Cedar City, Utah, United States (In Person)

File #   166C-AL-3491673        Date drafted   10/28/2021

by   MORTENSEN KEVIN J

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

166C-AL-3491673

Continuation of FD-302 of (U) Search Warrant Execution 2021-10-27 , On 10/27/2021 , Page 2 of 3

Recovery Log. (The original Evidence Recovery Log and a digital copy of the same have been attached to this document and submitted to the 1A Section of the case file). For various reasons, some items listed on the Evidence Recovery Log were reclassified as subsequent items. In addition, some items listed on the Evidence Recovery Log were returned to their owner as new information identified their lack of evidentiary value. Accordingly, the following 11 items were seized and kept as evidence as part of this search warrant:

1. Item 1: One thumb drive.
2. Item 2: Bank records, business records, and records regarding the Cordero family.
3. Item 8: One (1) 250 gigabyte hard drive, serial number 181155426492.
4. Item 13: One notebook containing passwords and notes.
5. Item 14: Google phone, MEID: 35827509449047.
6. Item 15: Samsung phone, IMEI: 350647481446346.
7. Item 16: Photograph books of the Cordero children.
8. Item 17: Samsung phone, IMEI: 350647481603144.
9. Item 18: LTS DVR, serial number 8401706NYX01083.
10. Item 19: HP Elite Book 840 laptop computer, serial number CNU4199JJS.
11. Item 20: Think Station desktop computer, serial number MJ07GJ1C.

An FD-597 Receipt for Property was signed by the writer and by CHRISTOPHER PENCE (hereafter CHRISTOPHER). A copy of the signed FD-597 was left with CHRISTOPHER. In addition, a copy of the search warrant and a copy of the signed FD-597 were left with CHRISTOPHER's wife, MICHELLE PENCE, prior to leaving the search site. (The original FD-597 and a digital copy of the same have been attached to this document and submitted to the 1A Section of the case file).

**Photographs**

Subsequent to ensuring the search location was safe, and prior to searching the residence, entry photographs were taken. Photographs were also taken of evidence items of interest. In addition, exit photographs were taken just prior to leaving the search site. Copies of these photographs have been placed onto a CD/DVD and submitted to the 1A Section of the case file. (An original photograph log and a sketch of the search site as well as digital copies of the same have been attached to this document and submitted to the 1A Section of the case file. Note: CHRISTOPHER's office above the garage and next to the master bedroom, where

166C-AL-3491673

Continuation of FD-302 of (U) Search Warrant Execution 2021-10-27 , On 10/27/2021 , Page 3 of 3

most of the evidence was seized, was marked as Room V).

AO 93  (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Utah

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>THE RESIDENCE, VEHICLES AND A PERSON<br>LOCATED AT 2929 SOUTH 6500 West<br>CEDAR CITY, UTAH 84720 | )<br>)<br>)  Case No.  4:21-Mj-00074-PK<br>)<br>)<br>)  **Filed Under Seal** |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer, including members of the New York State Police.

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Utah_____

*(identify the person or describe the property to be searched and give its location)*:
See Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____November 8, 2021_____
*(not to exceed 14 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
__Paul Kohler__ .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30).*

☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  25 OCT. 2021; 3:08 pm  _____
*Judge's signature*

City and state:   St. George, Utah  _____

Paul Kohler, U.S. Magistrate Judge
*Printed name and title*

*AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)*

| **Return** | | |
|---|---|---|
| Case No.:<br>4:21-mj-00074-PK | Date and time warrant executed:<br>10/27/2021 ; 0700 am | Copy of warrant and inventory left with:<br>Michelle Pence |
| Inventory made in the presence of :<br>Kevin J Mortensen | | |
| Inventory of the property taken and name of any person(s) seized: | | |

See attached Form FD-597 United States Department of Justice
Federal Bureau of Investigation Receipt for Property

---

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  10/28/2021

_____
Executing officer's signature

Kevin J Mortensen, Special Agent
Printed name and title

FD-597 (Rev. 4-13-2015)                                                Page ____1____ of ____1____

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 166C-AL-3491673

On (date) 10/27/2021

item (s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Christopher Pence

(Street Address) 2929 S. 6500 W

(City) Cedar City, Utah

Description of Item (s): (1) One thumb drive; (2) Bank records, business records, and records regarding Cordero family. (3) One hard drive, serial number 181155426492, 250 gigabytes. (4) One notebook with passwords and notes. (5) Google phone, MEID: 35827509449047. (6) Samsung phone IMEI: 3506474-81446346. (7) Photobooks of Cordero children. (8) Samsung phone ImEI: 350647481603144. (9) LTS DVR, Serial number 8401706NYX01083. (10) HP Elite Book 840 laptop, serial number CNU4199JJS. (11) Think Station desktop computer, serial number MJ07GJ1C.

Received By: _Kevin J Mortensen_ (Signature)

Printed Name/Title: Kevin J Mortensen
FBI Special Agent

Received From: _(Signature)_

Printed Name/Title: Christopher Pence

## ATTACHMENT A

### Places and Items to Be Searched

The places and items to be searched are: 2929 South 6500 West in Cedar City, Utah (the "SUBJECT PREMISES"), to include any outbuildings on the 20-acre property under the dominion and control of the residents or occupants of the SUBJECT PREMISES; (B) the person of CHRISTOPHER PENCE; (C) any vehicles located on the SUBJECT PREMISES; and (D) any computers, computer equipment, cellular telephones and/or any other electronic media located during the execution of the search warrant.

The SUBJECT PREMISES is a tan-colored, three-story, single family, 7-bedroom, approximately 5,800 square foot house situated on a 20-acre lot approximately 500 feet east of South 6500 West, accessed by a gravel driveway leading from South 6500 West in Cedar City, Utah, depicted below:





1

## ATTACHMENT B

### Items to be Seized and Searched

Items evidencing violations of Title 18 U.S.C. § 1958(a) (Use of Interstate Commerce Facilities in the Commission of Murder-For-Hire) involving CHRISTOPHER PENCE, including:

### *Materials Relating to an Online Murder-for-Hire Scheme*

1.      Records of a resident of the SUBJECT PREMISES using an Internet-capable electronic device to access the Darknet via the via The Onion Router (TOR) network for the purpose of arranging the killing of individuals in Hoosick Falls, New York.

2.      Records of the purchase and transferring of cryptocurrency associated with payments made in exchange for the killing of individuals in Hoosick Falls, New York.

3.      Records of communications with the intended victims.

4.      A book containing the photographs of the intended victims.

5.      Records of personal and business activities relating to the operation and ownership of the computer systems, such as telephone records, notes (however and wherever written, stored, or maintained), books, notes, and reference materials.

6.      Any records or documents pertaining to accounts held with Internet Service Providers or of Internet use.

7.      Records of address or identifying information for the target(s) of the investigation, and any user names, user IDs, eIDs (electronic ID numbers), and passwords.

8.      Documents and records, including, for example, receipts, banking records, bills, statements, telephone records, and other similar indicia of ownership indicating occupation, possession, or control over the residence and/or possession of the searched items located therein.

9.      Computer records and evidence identifying who the particular user of the Internet at the SUBEJCT PREMISES who arranged payments for the killing of individuals in Hoosick Falls, New York through the use of the Internet (i.e. evidence of attribution).

10.     Records of computer passwords and data security devices, meaning any devices, programs, or data -- whether themselves in the nature of hardware or software -- that can be used or are designed to be used to restrict access to, or to facilitate concealment of, any computer hardware, computer software, computer-related documentation, or electronic data records. Such items include, but are not limited to, data security hardware (such as encryption devices, chips, and circuit boards); passwords; data security software or information (such as test keys and encryption codes); and similar information that is required to access computer programs or data or to otherwise render programs or data into usable form.

1

### *Computers and Electronic Media*

11.     As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other storage media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies), to include (i) records stored in deleted data, remnant data and slack space, (ii) any software capable of interpreting or storing such records, and (iii) any computer-related documentation explaining or illustrating the configuration of any seized computer hardware, software, or related items.

12.     The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, tablets, server computers, and network hardware.

13.     The term "storage medium" includes any physical object upon which computer data can be recorded.  Examples include hard disks, RAM, floppy disks, flash memory, CD-ROMs, and other magnetic or optical media.

14.     This warrant authorizes the seizure of electronic storage media and the seizure and copying of electronically stored information for later offsite review consistent with the warrant in order to locate evidence, fruits, and instrumentalities described in this warrant.  The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts.  Pursuant to this warrant, the FBI may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

### *Photographs of Search*

15.     During the course of the search, photographs of the searched premises may also be taken to record the condition thereof and/or the location of items therein.

### *Biometric Unlocking*

16.     During the execution of the search of the SUBJECT PREMISES, law enforcement personnel are authorized to: (1) press or swipe the fingers (including thumbs) of any individual, who is found at the subject premises and reasonably believed by law enforcement to be a user of the device, to the fingerprint scanner of the device(s) found at the premises; (2) hold the device(s) found at the premises in front of the face those same individuals and activate the facial recognition feature; and/or (3) hold the device(s) found at the premises in front of the face of those same individuals and activate the iris recognition feature, for the purpose of attempting to unlock the device(s) in order to search the contents as authorized by this warrant.

# EVIDENCE RECOVERY LOG
### PRINT LEGIBLY

*GENERAL INFORMATION (COPY DATA FROM PAGE ONE)*

| DATE | CASE ID | LOCATION | PREPARER/ASSISTANTS |
|---|---|---|---|
| 10/27/2021 | AL 1662-OIN-3491673 | 2929 S 6500 W Cedar City UT | Ashley J Miller, Kevin J Martinez |

CONTINUATION PAGE — PAGE 1 of 2

| ITEM # | DESCRIPTION | WHERE FOUND | RECOVERED BY / OBSERVED BY (Last name) | PACKAGING METHOD | COMMENTS (if needed) |
|---|---|---|---|---|---|
| 1 | (LF) One thumb drive | Room V on shelf | Kevin Martinez, Pete Thompson | Paper bag | Not taken |
| 2 | Bank records / Loan Records / Business Records, Protecting Semi | Room V Filing cabinet | Kevin J Martinez, Julie Albertson | Paper bag | |
| 3 | Dell laptop 4882602 | Room V Floor | Pete Thompson | | |
| 4 | Antec Desktop Computer | Room V Floor | Kevin J Martinez, Pete Thompson | | Not taken |
| 5 | Laptop HP Elite Book 810 - S/N CN149405, Thinkstation Desktop - S/N MJ3076-312 | Room V Floor | Kevin J Martinez, Pete Thompson | | Not taken |
| 6 | 4 Photobooks Zoe, Gabriel, Sarah, Cordero | Room V Workstation | Kevin Martinez, Pete Thompson | Reclass'd Item | Reclass Page if... Recloss 1962 20 |
| 7 | S/N 8SSD 2.0 Adobe S/N 1811542642 20GB SSP H/D, 2.5in laptop Lenovo Thinkpad | Room X bookshelf | Kevin Martinez, Tom Byrd | Reclossed | Reclass Page if... |
| 8 | thumbdrive (under keyboard) | Room V under keyboard | Kevin, Pete, Mark | Paper bag | Not taken |
| 9 | Microsoft laptop S/N SS18:49 | Room V on workstation | Kevin J Martinez, Pete Thompson | Paper bag | Returned 2 boundaries |
| 10 | Microsoft laptop SN SS18:49 | Room V Floor | Kevin J Martinez, Pete Thompson | | Not taken |
| 11 | Dell laptop S/N 9M2PWW1 | Room V Floor | | | Not taken |
| 12 | Dell laptop S/N DRDK4R1 | | | | Not taken |
| 13 | Thinkpad laptop S/N PF-2N9Q5R | hanging up on wall | | | Not taken |
| 14 | Notebook w/ Passwords/notes, Google Phone MEID: 35821509490047 | Room V Workstation | Kevin, Pete, Mark Thompson | Paper bag | |
| 15 | Google Phone Red 3 IMEI: 35064748144654b, Samsung Phone | Room V Workstation | Kevin, Pete | Paper bag | |
| 16 | Photobook of cordero children | Room X Bookcase / Room V Workstation | Pete | Paper bag | (originally item 6) |

Not taken or reclosed to another item number

# EVIDENCE RECOVERY LOG
PRINT LEGIBLY

GENERAL INFORMATION (COPY DATA FROM PAGE ONE)

CONTINUATION PAGE
PAGE __2__ OF __2__

| DATE | CASE ID | LOCATION | PREPARER/ASSISTANTS |
|---|---|---|---|
| 10/27/2021 | 166C-AL-3491673 | 2920 S 6500 W Cedar City UT | Kevin T Markee / Ashley Miller |

| ITEM # | DESCRIPTION | WHERE FOUND | RECOVERED BY / OBSERVED BY (Last name) | PACKAGING METHOD | COMMENTS (if needed) |
|---|---|---|---|---|---|
| 17 | Samsung Black phone IMEI 350647748103144 | On Christopher Pence's person | Markee / Albrechtsen | Paper bag | |
| 18 | LTS DVR S/N 84017DGNYX01083 | Closet R on shelf in Basement | Markee / Albrechtsen | Paper bag | |
| 19 | HP Elite Book 840 Laptop S/N CNU4197355 | Room V Workstation | Markee / Thomson | Paper Bag | |
| 20 | Think Station Desktop S/N MJ076530 | Room V Work Station | Markee / Thomson | 30 Joying | |



10/7/21
1006C-AL-3491673
First Floor
Prepared by: Ashley Miller

* not to scale *

—— : walls
...... : seperation

Bathroom

Room D
Kitchen

spiral staircase

Garage Rooms

Laundry Room

closet R

Room C

upstairs stairway

basement stairway

upstairs stairway

Room E
Breakfast Nook

Room F
Living Room

Front Door

Room G



10/7/21
IWCC-AL-3491W13
Basement
Prepared by : Ashley Miller

★ not to
scale ★

——— : Walls
....... : Separation

Basement Stairway

Room AA

Room X

Bookcase →

Room Z

unfinished basement

10/7/21
IWOC-AL-34916273
Upstairs
Prepared by: Ashley Miller

* not to scale *

—— : wall

······ : seperation

stairs to up-upstairs

doorway into office

Room 2

Room 1+J master

Bath/ Closet

Upstairs stairway

Room K

Room M

Room L

10|7|21
106C-AL-3491673
WP-upstairs
prepared by Ashley Miller



stairs

10/7/21
1obc-AL-3491613
varage / Attic
prepared by: Ashley Miller

* not to
scale *



garage door

stairs

varage

spiral railcase
into office



window

stairs to master

desk
area

window

FD-674a (7-24-2017)

## ERT PHOTOGRAPHIC  LOG

PAGE 1 OF 3

---

**GENERAL INFORMATION**

DATE  10/27/21                    CARD # _____

PREPARER/PHOTOGRAPHER  Jed Hirschi / Ashley Miller

REMARKS _____

---

| PHOTO # | Subject (Circle One) | Range | Use Scale | Description |
|---------|---------------------|-------|-----------|-------------|
| 1 | Entry / Exit / Other / Items # | Long / Med / Close | | room G |
| 2 | Entry / Exit / Other / Items # | Long / Med / Close | | entry stairway |
| 3 | Entry / Exit / Other / Items # | Long / Med / Close | | room A |
| 4 | Entry / Exit / Other / Items # | Long / Med / Close | | room C |
| 5 | Entry / Exit / Other / Items # | Long / Med / Close | | kitchen |
| 6 | Entry / Exit / Other / Items # | Long / Med / Close | | basement stairway |
| 7 | Entry / Exit / Other / Items # | Long / Med / Close | | room X |
| 8 | Entry / Exit / Other / Items # | Long / Med / Close | | basement 1 |
| 9 | Entry / Exit / Other / Items # | Long / Med / Close | | basement 2 |
| 10 | Entry / Exit / Other / Items # | Long / Med / Close | | basement 3 |
| 11 | Entry / Exit / Other / Items # | Long / Med / Close | | upstairs hallway |
| 12 | Entry / Exit / Other / Items # | Long / Med / Close | | room K |
| 13 | Entry / Exit / Other / Items # | Long / Med / Close | | room L |
| 14 | Entry / Exit / Other / Items # | Long / Med / Close | | room M |
| 15 | Entry / Exit / Other / Items # | Long / Med / Close | | stairway upstairs |
| 16 | Entry / Exit / Other / Items # | Long / Med / Close | | room Q |
| 17 | Entry / Exit / Other / Items # | Long / Med / Close | | room P |
| 18 | Entry / Exit / Other / Items # | Long / Med / Close | | room O |
| 19 | Entry / Exit / Other / Items # | Long / Med / Close | | room T |
| 20 | Entry / Exit / Other / Items # | Long / Med / Close | | room R |
| 21 | Entry / Exit / Other / Items # | Long / Med / Close | | garage |
| 22 | Entry / Exit / Other / Items # | Long / Med / Close | | room V |
| 23 | Entry / Exit / Other / Items # | Long / Med / Close | | exterior 1 |
| 24 | Entry / Exit / Other / Items # | Long / Med / Close | | exterior 2 |
| 25 | Entry / Exit / Other / Items # | Long / Med / Close | | server room V |
| 26 | Entry / Exit / Other / Items # | Long / Med / Close | | gun on computer desk (rifle) |
| 27 | Entry / Exit / Other / Items # | Long / Med / Close | | thumdrives in room V |
| 28 | Entry / Exit / Other / Items # 1 | Long / Med / Close | | thumdrives in room V |
| 29 | Entry / Exit / Other / Items # 2 | Long / Med / Close | | file cabinet |
| 30 | Entry / Exit / Other / Items # 3 | Long / Med / Close | | laptop |
| 31 | Entry / Exit / Other / Items # 4 | Long / Med / Close | | PC (antec) |
| 32 | Entry / Exit / Other / Items # 5 | Long / Med / Close | | laptop workstation & pc |
| 33 | Entry / Exit / Other / Items # 6 | Long / Med / Close | | photobooks in room X |
| 34 | Entry / Exit / Other / Items # 7? | Long / Med / Close | | photobooks |
| 35 | Entry / Exit / Other / Items # 7 | Long / Med / Close | | laptop under desk |
| 36 | Entry / Exit / Other / Items # 8 | Long / Med / Close | | SSD's / Harddrives on desk |

**PHOTOGRAPHIC  LOG**                    PAGE  2 OF 3

CASE ID _____

| PHOTO # | Subject (Circle One) | Range | Use Scale | Description |
|---|---|---|---|---|
| 37 | Entry / Exit / Other / Items # 9 | Long / Med / Close | | 4 laptops |
| 38 | Entry / Exit / Other / Items # | Long / Med / Close | | Laptops 9,10,11,12 |
| 39 | Entry / Exit / Other / Items # 2 | Long / Med / Close | | files from file cabinet |
| 40 | Entry / Exit / Other / Items # 13 | Long / Med / Close | | password book from desk |
| 41 | Entry / Exit / Other / Items # 14 | Long / Med / Close | | google phone  from desk |
| 42 | Entry / Exit / Other / Items # 15 | Long / Med / Close | | samsung phone from desk |
| 43 | Entry / Exit / Other / Items # 16 | Long / Med / Close | | photo books from room X |
| 44 | Entry / Exit / Other / Items # 17 | Long / Med / Close | | phones in shelves room A |
| 45 | Entry / Exit / Other / Items # 18 | Long / Med / Close | | camera DVR system |
| 46 | Entry / Exit / Other / Items # 19 | Long / Med / Close | | HP laptop |
| 47 | Entry / Exit / Other / Items # 20 | Long / Med / Close | | Lenovo pc  ~previously item 5 |
| 48 | Entry / Exit / Other / Items # | Long / Med / Close | | on TV |
| 49 | Entry / Exit / Other / Items # | Long / Med / Close | | room U |
| 50 | Entry / Exit / Other / Items # | Long / Med / Close | | stairway |
| 51 | Entry / Exit / Other / Items # | Long / Med / Close | | hallway |
| 52 | Entry / Exit / Other / Items # | Long / Med / Close | | room K |
| 53 | Entry / Exit / Other / Items # | Long / Med / Close | | room L |
| 54 | Entry / Exit / Other / Items # | Long / Med / Close | | room M |
| 55 | Entry / Exit / Other / Items # | Long / Med / Close | | stairway to top floor |
| 56 | Entry / Exit / Other / Items # | Long / Med / Close | | room O |
| 57 | Entry / Exit / Other / Items # | Long / Med / Close | | room P |
| 58 | Entry / Exit / Other / Items # | Long / Med / Close | | room Q |
| 59 | Entry / Exit / Other / Items # | Long / Med / Close | | kitchen |
| 60 | Entry / Exit / Other / Items # | Long / Med / Close | | room R |
| 61 | Entry / Exit / Other / Items # | Long / Med / Close | | room T |
| 62 | Entry / Exit / Other / Items # | Long / Med / Close | | garage |
| 63 | Entry / Exit / Other / Items # | Long / Med / Close | | Office 1 |
| 64 | Entry / Exit / Other / Items # | Long / Med / Close | | Office 2 |
| 65 | Entry / Exit / Other / Items # | Long / Med / Close | | office 3 |
| 66 | Entry / Exit / Other / Items # | Long / Med / Close | | master closet |
| 67 | Entry / Exit / Other / Items # | Long / Med / Close | | master bath |
| 68 | Entry / Exit / Other / Items # | Long / Med / Close | | master bedroom 1 |
| 69 | Entry / Exit / Other / Items # | Long / Med / Close | | master bedroom 2 |
| 70 | Entry / Exit / Other / Items # | Long / Med / Close | | exterior 1 |
| 71 | Entry / Exit / Other / Items # | Long / Med / Close | | exterior 2 |
| 72 | Entry / Exit / Other / Items # | Long / Med / Close | | updated exit of office |

**PHOTOGRAPHIC LOG**

CASE ID _____

| PHOTO # | Subject (Circle One) | Range | Use Scale | Description |
|---------|---------------------|-------|-----------|-------------|
| 73 | Entry / Exit / Other / Items # | Long / Med / Close | | Office |
| 74 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 75 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 76 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 77 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 78 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 79 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 80 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 81 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 82 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 83 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 84 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 86 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 86 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 87 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 88 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 89 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 90 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 91 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 92 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 93 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 94 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 95 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 96 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 97 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 98 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 99 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 100 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 101 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 102 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 103 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 104 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 105 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 106 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 107 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 108 | Entry / Exit / Other / Items # | Long / Med / Close | | |

UNCLASSIFIED
Physical 1A/1C Cover Sheet for Serial Export

**Created From:**        166C-AL-3491673
                         Serial 14
**Package:**             1A21
**Stored Location:**     None
**Summary:**             (U) One (1) CD/DVD
                         containing photos of
                         search.
**Acquired By:**         MORTENSEN KEVIN J
**Acquired On:**         2021-10-27
**Attachment:**          (U) One (1) CD/DVD
                         containing photos of
                         search.

UNCLASSIFIED
Physical 1A/1C Cover Sheet for Serial Export


**Created From:**            166C-AL-3491673
                             Serial 14
**Package:**                 1A22
**Stored Location:**         None
**Summary:**                 (U) Sign-in log and copy
                             of operation plan with
                             notes on it.
**Acquired By:**             MORTENSEN KEVIN J
**Acquired On:**             2021-10-27
**Attachment:**              (U) Sign-in log and copy
                             of operation plan with
                             notes on it.