UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NOTICE OF MOTION TO SUPPRESS STATEMENTS AND EVIDENCE |
| v. | ) | |
| | ) | Docket No.1:21-CR-393 (TJM) |
| Christopher Pence | ) | |
| Defendant. | ) | |

# Exhibit "C" is an audio recording filed manually with the Clerk's Office.