# SCHILLINGER & ASSOCIATES, PLLC

11 NORTH PEARL STREET, SUITE 1700
ALBANY, NEW YORK 12207
(518) 595-9529

| | | |
|---|---|---|
| *Eric K. Schillinger, Esq.* | FAX (518) 734-0139 | *Marissa Vigliante-Bilpuh* |
| eric@schillinger-law.com | www.schillinger-law.com | marissa@schillinger-law.com |
| *Angela L. Hernandez, Esq.* | Service by facsimile or email not accepted. | *Firm Administrator* |
| angela@schillinger-law.com | | |

*Via Hand Delivery*

December 20, 2022

John M. Domurad Chief Clerk
U.S. District Court
Northern District of New York
James T. Foley U.S. Courthouse
Suite 509
445 Broadway
Albany, New York 12207

Re:   USA v. Pence
      1-21-CR-393 (TJM)

Dear Mr. Domurad:

Enclosed please find a flash drive containing an audio recording to be included as Exhibit "C" CM/ECF entry 21-5 in the pending omnibus motion in the above referenced case.

Thank you for your attention to this matter. Please contact my office with any questions.

Very truly yours,

Eric K. Schillinger
Enc.

cc:   Client