UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

In the Matter of the reassignment of
Criminal Case to the Honorable David N. Hurd       ORDER
                                                   OF REASSIGNMENT

_____

      **ORDERED** that the following case has been reassigned to the Honorable David N. Hurd, U.S. District Judge.

| Case Number | Caption |
|---|---|
| 1:21-cr-393 (TJM) | US v. Christopher Pence |

**IT IS SO ORDERED.**

Dated: January 11, 2023
Syracuse, New York

*Brenda K. Sannes*
Brenda K. Sannes
Chief U.S. District Judge