UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA v. CHRISTOPHER PENCE*

CASE NO.: 1:21-CR-393 (DNH)
DATE: June 8, 2023
PRESIDING JUDGE: Hon. David N. Hurd

☒ GOVERNMENT   ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| G-1 | | | | DECARR | Aerial photographs [3 pages] |
| G-2 | | | | DECARR | Excerpted segments from residential surveillance video footage [Drive] |
| G-3 | | | | DECARR | Screenshots from residential surveillance video footage [10 pages] |
| G-4 | | | | LYDON | Photographs from search warrant execution [5 pages] |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |