US District Court

Date: 6/1/2023

For the Northern District of New York

USA v Christopher Pence

1:21-cr-393-DNH

Page 1 of 1

| Defense Exhibits | Marked As | In Evidence | Date |
|---|---|---|---|
| Home Security Camera Footage from date of incident | A | | |
| Warrant Return with list of law enforemcent | B | | |
| Screen Shot from Security Video 1 | C | | |
| Screen Shot from Security Video 2 | D | | |
| Screen Shot from Security Video 3 | E | | |
| Screen Shot from Security Video 4 | F | | |
| Screen Shot from Security Video 5 | G | | |
| Audio Recording of Defendant's Interrogation | H | | |
| FBI Report 9/9/21 | I | | |
| FBI Report 9/24/21 | J | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Date: 6/1/2023

US District Court

For the Northern District of New York

USA v Christopher Pence

1:21-cr-393-DNH

|  |  |  |  |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Date: 6/1/2023

US District Court
For the Northern District of New York
USA v Christopher Pence
1:21-cr-393-DNH

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Date: 6/1/2023

US District Court
For the Northern District of New York
USA v Christopher Pence
1:21-cr-393-DNH

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |