# SCHILLINGER & ASSOCIATES, PLLC

### 11 NORTH PEARL STREET, SUITE 1700
### ALBANY, NEW YORK 12207
### (518) 595-9529

*Eric K. Schillinger, Esq.*          FAX (518) 734-0139          *Marissa Vigliante-Bilpuh*
*eric@schillinger-law.com*          www.schillinger-law.com          *marissa@schillinger-law.com*
*Angela L. Hernandez, Esq.*          Service by facsimile or email not accepted.          *Firm Administrator*
*angela@schillinger-law.com*

June 7, 2023

Hon. David N. Hurd
U.S. District Court Judge
Alexander Pirnie Federal Building and U.S. Courthouse
10 Broad Street
Utica, New York 13501

*Re:*          *USA v Christopher Pence*
               *1:21-cr-393-DNH*

Dear Judge Hurd:

Filed with this correspondence is Mr. Pence's' revised exhibit list for the hearing scheduled tomorrow's date.  I have conferenced in detail with AUSA O'Hanlon and have reached an agreement to stipulate to the admission of the exhibits contained on my revised list.

We have also agreed to stipulate that the exhibits attached to Mr. Pence's underlying motion and the Government's responsive papers be admitted as evidence for purposes of the hearing specifically.

I anticipate addressing this agreement in detail with your honor prior to commencing the hearing but wanted the court to be aware of the reason for my modified exhibit list as soon as possible.

Thank you for your attention to this matter.  Please contact my office with any questions.

Very Truly Yours,

Eric K. Schillinger
Enc.

cc:          AUSA Emmet O'Hanlon [via ECF]
             Client