# SCHILLINGER & ASSOCIATES, PLLC

11 NORTH PEARL STREET, SUITE 1700
ALBANY, NEW YORK 12207
(518) 595-9529

*Eric K. Schillinger, Esq.*  FAX (518) 734-0139  *Marissa Vigliante-Bilpuh*
eric@schillinger-law.com  www.schillinger-law.com  marissa@schillinger-law.com
Service by facsimile or email not accepted.  *Firm Administrator*

July 12, 2023

Hon. David N. Hurd
U.S. District Court Judge
Alexander Pirnie Federal Building and U.S. Courthouse
10 Broad Street
Utica, New York 13501

Re:   USA v Christopher Pence
      1:21-cr-393-DNH

Dear Judge Hurd:

I write today on behalf of both my client and the Government to request a brief extension of time to file our Findings of Fact and Conclusions of Law in the referenced matter. They are currently due July 14, 2023.

The transcripts of the recent suppression hearing were filed July 7, 2023. AUSA O'Hanlon and I have conferenced and agreed we both need additional time to review the transcript and prepare our papers. If it meets the Court's approval, an extension of time to July 21, 2023 would be appreciated by both sides.

If this is acceptable to the Court please confirm the new filing date. Thank you for your attention to this matter. Please contact my office with any questions.

Very Truly Yours,

Eric K. Schillinger

cc:   Client
      AUSA Emmet O'Hanlon [via ECF]